UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MARCUS, MATT KOLTNOW, and DIANNE BARTON-PAINE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>AMERICAN CONTRACT BRIDGE LEAGUE, INC.,<br><br>      Defendant. | Civil Action No.<br>17-11165-FDS |

## FINAL JUDGMENT AND ORDER

Pursuant to Fed. R. Civ. P. 58, and in accordance with the Court's summary-judgment orders on March 24, 2021 (Docket No. 174) and January 28, 2022 (Docket No. 199); the order awarding attorneys' fees and costs on January 21, 2022 (Docket No. 196); and the parties' joint stipulation regarding overtime pay (Docket No. 193), it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of plaintiff Eric Bell against defendant American Contract Bridge League, Inc. (ACBL) as to his claim for failure to pay overtime in violation of the Fair Labor Standards Act (FLSA) in the amount of $1,245.00.

2. Judgment is entered in favor of plaintiff Jennifer Carmichael against defendant ACBL as to her claim for failure to pay overtime in violation of the FLSA in the amount of $1,756.00.

3. Judgment is entered in favor of plaintiff John Gram against defendant ACBL as

to his claim for failure to pay overtime in violation of the FLSA in the amount of $1,011.00.

4. Judgment is entered in favor of plaintiff Jeffrey Jacob against defendant ACBL as to his claim for failure to pay overtime in violation of the FLSA in the amount of $1,284.00.

5. Judgment is entered in favor of plaintiff Karl Miller against defendant ACBL as to his claim for failure to pay overtime in violation of the FLSA in the amount of $1,012.00.

6. Judgment is entered in favor of plaintiff Joan Paradeis against defendant ACBL as to her claim for failure to pay overtime in violation of the FLSA in the amount of $1,556.00.

7. Judgment is entered in favor of plaintiff Nancy Watkins against defendant ACBL as to her claim for failure to pay overtime in violation of the FLSA in the amount of $987.00.

8. Judgment is entered in favor of plaintiff Lynn Yokel against defendant ACBL as to her claim for failure to pay overtime in violation of the FLSA in the amount of $2,119.00.

9. Plaintiffs are hereby awarded attorneys' fees against defendant ACBL in the amount of $190,666.69 and costs in the amount of $26,864.00.

10. Judgment is otherwise entered in favor of defendant ACBL.

11. Post-judgment interest shall accrue at the statutory rate on any unpaid portion of the judgment.

ROBERT M. FARRELL
CLERK OF COURT

By:

Dated: February 7, 2022

/s/ Matthew McKillop
Deputy Clerk