UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MARCUS, MATT KOLTNOW, DIANNE BARTON-PAINE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMERICAN CONTRACT BRIDGE LEAGUE,<br><br>Defendant. | Civil Action No. 1:17-CV-11165-FDS |

## **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that defendant the American Contract Bridge League ("ACBL") hereby appeals to the United States District Court of Appeals for the First Circuit from (1) the Memorandum and Order on Cross-Motions for Summary Judgment dated March 24, 2021 [Docket No. 174], as to the Court's ruling that "Tournament Directors are not subject to the administrative exemption under the FLSA," and (2) the Final Judgment and Order entered in this action on February 7, 2022 [Docket No. 202].

Respectfully submitted,

THE AMERICAN CONTRACT BRIDGE LEAGUE,

By its attorneys,

/s/ Melissa L. McDonagh
Melissa L. McDonagh, BBO No. 569023
mmcdonagh@littler.com
Francis J. Bingham, BBO No. 682502
fbingham@littler.com

LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA  02110
Telephone:   617.378.6000
Facsimile:    617.737.0052

Paul E. Prather (admitted Pro Hac Vice)
pprather@littler.com

LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
(901) 322-1257 (t)
(901) 271-7189 (f)

Dated: February 28, 2022

**CERTIFICATE OF SERVICE**

    I, Melissa L. McDonagh, hereby certify that on this 28th day of February 2022, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

                                        /s/ Melissa L. McDonagh
                                        Melissa L. McDonagh

4882-0210-5613.1 / 070438-1015