UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PETER MARCUS, MATT KOLTNOW,
DIANNE BARTON-PAINE, AND OTHERS
SIMILARLY SITUATED,

    Plaintiffs,

v.

THE AMERICAN CONTRACT BRIDGE
LEAGUE,

    Defendant.

Civil Action No. 1:17-cv-11165-FDS

## [~~PROPOSED~~] ORDER APPROVING SETTLEMENT

Plaintiffs Peter Marcus, Matt Koltnow, Dianne Barton-Paine and others similarly situated (together, "Plaintiffs"), and The American Contract Bridge League ("ACBL" or "Defendant"), have presented to the Court a Joint Motion requesting that the Court approve a settlement under the Fair Labor Standard Act ("FLSA") pursuant to 29 U.S.C. § 216(b). Having reviewed the parties' submissions, the Court concludes that the settlement the parties propose is fair and reasonable, considering the complexity, expense and duration of this litigation; the uncertainty Plaintiffs would have in establishing damages in the absence of exact records of time worked; and the range of any potential recovery. The Court further finds that Plaintiffs have throughout these proceedings been represented by competent counsel, and that the settlement negotiated is based on a review of the facts and the law by Plaintiff's counsel. There is no evidence of any fraud or collusion in connection with parties' proposed resolution.

Accordingly, it is hereby ORDERED that:

    1.    This Court has jurisdiction over the subject matter of this action, over the parties to this action, for the purposes of this Motion.

2.  The Court finds that the parties' proposed resolution of this matter is fair, reasonable and adequate to the Plaintiffs. The Court hereby grants the Parties' Joint Motion for Approval of Settlement, and finally and unconditionally approves the parties' proposed resolution of this matter.

3.  The Court hereby stays this matter, and will retain jurisdiction to enforce the settlement through until thirty days following entry of the order approving the proposed resolution of this matter.

ORDERED AND ENTERED this 29th day of February, 2024.

_____